# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DENNIS JAMES MINNER,

        Petitioner,                        Case Number: 04-71772

v.                                          HON. LAWRENCE P. ZATKOFF

DOUGLAS VASBINDER,

        Respondent.
_____/

### ORDER GRANTING PETITIONER'S MOTION TO ATTACH REBUTTAL BRIEF TO RESPONDENT'S ANSWER OPPOSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Dennis James Minner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed an answer to the petition. Now before the Court is Petitioner's Motion to Attach Rebuttal Brief to Respondent's Answer, in which Petitioner asks the Court for permission to file a "rebuttal brief." Rule 5, Rules Governing Section 2254 Cases permits a petitioner to file a reply to the respondent's answer. The Court, therefore, shall allow Petitioner to file his "rebuttal brief."

Accordingly, **IT IS ORDERED** that Petitioner's Motion to Attach Rebuttal Brief to Respondent's Answer is **GRANTED**.

                                                                s/Lawrence P. Zatkoff
                                                                 LAWRENCE P. ZATKOFF
                                                                 UNITED STATES DISTRICT JUDGE

Dated:  September 27, 2005